FILED

MAY 26 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

ALBERT BURKLEY,

   Petitioner,

   v.

FRANCISCO JACQUEZ, Warden,

   Respondent.

Case No. CV 10-0185-AHM (MLG)

ORDER ACCEPTING AND ADOPTING
FINDINGS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files, and has conducted a de novo review of those portions of the Report and Recommendation of the United States Magistrate to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

Dated: May 26, 2010 _____

_____
A. Howard Matz
United States District Judge