JS-6 / ENTER

FILED
MAY 26 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT BURKLEY,<br><br>    Petitioner,<br><br>    v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>    Respondent. | Case No. CV 10-0185-AHM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: _May 26, 2010_

_/s/ A. Howard Matz_
A. Howard Matz
United States District Judge

**JS-6**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY